Submitted February 11, affirmed March 18, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GREGORY THOMAS HANSON,
*Defendant-Appellant.*

Multnomah County Circuit Court
18CR26991, 18CR29409;
A169614 (Control), A169615

460 P3d 548

John A. Wittmayer, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rebecca M. Auten, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Powers, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Manoff*, 295 Or App 566, 435 P3d 803 (2019).